# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00270-BNB

REGINALD D. HODGES,

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 6, 2006, Plaintiff asked that the Court clarify why his request for an appointment of counsel was denied. The Court denied Plaintiff's February 23, 2006, request for appointment of counsel as premature. In other words, the Court denied the request, because it is too early in the action to determine whether or not counsel is required.

Dated: March 8, 2006

Copies of this Minute Order mailed on March 8, 2006, to the following:

Reginald D. Hodges
3432 S. Locust #C
Denver, CO 80222

_____
Secretary/Deputy Clerk